382 A.2d 751

Commonwealth v. Lane, Appellant.

Submitted June 13, 1977. John W. Packel, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Lynn Bennett, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.